UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HUGO CHAVEZ-CADENAS, :
: Civil Action No. 11-2914 (RMB)
    Petitioner, :
:
    v. : **ORDER**
:
UNITED STATES OF AMERICA, :
et al., :
:
    Respondents. :

    This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to § 2241; and for the reasons expressed in the Opinion issued this same day;

    IT IS, therefore, on this **29th** day of **March 2012**,

    **ORDERED** that the Clerk shall reopen this matter by making a new and separate entry on the docket reading "CIVIL CASE REOPENED"; and it is further

    **ORDERED** that the Petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED; and it is further

    **ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

                                              s/Renée Marie Bumb
                                              Renée Marie Bumb
                                              United States District Judge